# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:15−cv−06316−ER

ABEL v. BIG LOTS STORES, INC.  
Assigned to: HONORABLE EDUARDO C. ROBRENO  
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 11/25/2015  
Date Terminated: 12/15/2015  
Jury Demand: Plaintiff  
Nature of Suit: 480 Other Statutes: Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**AARON ABEL**     represented by    **R. ANDREW SANTILLO**  
WINEBRAKE & SANTILLO, LLC  
TWINING OFFICE CENTER, SUITE 211  
715 TWINING ROAD  
DRESHER, PA 19025  
215−884−2491  
Fax: 215−884−2492  
Email: asantillo@winebrakelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BIG LOTS STORES, INC.**     represented by    **JEFFRY W. DUFFY**  
BAKER & HOSTETLER LLP  
2929 ARCH STREET  
CIRA CENTRE, 12TH FLOOR  
PHILADELPHIA, PA 19104  
215−564−2916  
Email: jduffy@bakerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2015 | 1 | NOTICE OF REMOVAL by BIG LOTS STORES, INC. from Common Pleas Philadelphia, case number 151100286. Certificate of Service. (Filing fee $ 400 receipt number 131338) (Attachments: # 1 Case Management Track Form, # 2 Civil Cover Sheet, # 3 Designation Form, # 4 Exhibit, # 5 Exhibit)(jwl, ) (Entered: 11/25/2015) |
| 11/25/2015 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 Identifying Corporate Parent BIG LOTS, INC. for BIG LOTS STORES, INC.. by BIG LOTS STORES, INC..(jwl, ) (Entered: 11/25/2015) |
| 11/25/2015 | 3 | ENTRY of Appearance by JEFFRY W. DUFFY on behalf of BIG LOTS STORES, INC. with Certificate of Service(jwl, ) (Entered: 11/25/2015) |
| 12/02/2015 | 4 | |

| | | |
|---|---|---|
| | | Application of ANNA P. PRAKASH, ESQUIRE to Practice in this Court Pursuant to Local Rule of Civil Procedure 83.5.2(b) on behalf of PLAINTIFF AARON ABEL, Certificate of Service. ($40.00 filing fee – receipt #PPE131578) (mbh, ) (Entered: 12/03/2015) |
| 12/03/2015 | 5 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH DEFENDANT MAY ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT IN THIS MATTER SHALL BE EXTENDED BY 7 DAYS UNTIL 12/9/15. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/3/15. 12/3/15 ENTERED AND COPIES E–MAILED.(mbh, ) (Entered: 12/03/2015) |
| 12/09/2015 | 6 | Joint MOTION to Transfer filed by AARON ABEL.Certificate of Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(SANTILLO, R.) (Entered: 12/09/2015) |
| 12/09/2015 | 7 | STIPULATION *to Extension of Time for Defendant to Respond to Complaint* by AARON ABEL. (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL). (SANTILLO, R.) Modified on 12/10/2015 (fb). (Entered: 12/09/2015) |
| 12/14/2015 | 8 | STIPULATION AND ORDER THAT THE DEADLINE FOR DEFENDANT TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT SHALL BE 7 DAYS AFTER THE COURT'S RULING ON THE PARTIES' JOINT MOTION TO TRANSFER VENUE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/13/15. 12/15/15 ENTERED AND COPIES E–MAILED.(mbh, ) (Entered: 12/15/2015) |
| 12/15/2015 | 9 | ORDER THAT THIS CASE SHALL BE TRANSFERRED TO THE NORTHERN DISTRICT OF ILLINOIS FORTHWITH. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/15/15. 12/15/15 ENTERED AND COPIES E–MAILED.(mbh, ) (Entered: 12/15/2015) |