**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Aaron Abel , <br><br> Plaintiff(s), <br><br> v. <br><br> Big Lots Stores, Inc., <br><br> Defendant(s). | Case No. 15 C 11295 <br> Judge Amy J. St. Eve |

### ORDER

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 15 C 7239. The above entitled case is hereby dismissed. All pleadings are to be filed in case 15 C 7239. All pending parties and counsel in the associated case, 15 C 11295, are to be linked to the lead case number, 15 C 7239. Civil case terminated.

Date: 1/6/2016

_____
Amy J. St. Eve
United States District Judge